IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-60065
Conference Calendar
_____


LOUIS JAMES CLAY, JR.,

                                        Plaintiff-Appellant,

versus

WILKINSON CO. BOARD OF SUPERVISORS;
LILLIE B. SANDERS,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:00-CV-261-BrS
--------------------
August 10, 2001

ON PETITION FOR REHEARING

Before WIENER, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for rehearing is DENIED in part and GRANTED in part only to the extent that we *sua sponte* revise the first sentence of the last paragraph of our previous opinion to read as follows: "The dismissal of this appeal as frivolous counts as a strike for purposes of 28 U.S.C.§ 1915(g)."